# United States District Court
### *Southern District of Georgia*

FILED
U.S. DISTRICT COURT

2006 OCT -3  A II: 51

CLERK
SO. DIST. OF GA.

VERONICA JACKSON
Plaintiff

Case No.   CV206-194

v.

JEAN COUTU GROUP (PJC) USA, INC.
d/b/a ECKERD'S DRUGS
Defendant

Appearing on behalf of

JEAN COUTU GROU (PJC) USA, INC.
d/b/a ECKERD'S DRUGS
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This   3   day of   Oct.   , 2006   .

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER:   Michael A. Gamboli

Business Address:   Partridge Snow & Hahn LLP
Firm/Business Name

180 South Main Street
Street Address

Providence   =   RI   02903

Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City, State, Zip

401-861-8200

Telephone Number (w/ area code)   Georgia Bar Number