FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 NOV 29  AM 10: 40
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

VERONICA JACKSON,

    Plaintiff

v.                                 C.A. No. CV206-194

ECKERD CORPORATION,

    Defendant.

## JOINT MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT AND DISMISSAL

Now come the parties, through their undersigned counsel, and request the entry of Separate and Final Judgment on a portion of the Plaintiff's Complaint and a dismissal, with prejudice, of the remainder thereof.

In support of this Joint Motion, the parties state that Defendant, Eckerd Corporation ("Eckerd"), previously moved for the entry of Summary Judgment on Plaintiff's Complaint, and the Court granted the Motion in part and denied the Motion in part. More specifically, the Court held that the Plaintiff's Complaint contained two (2) claims, the first for overtime for a period of time in which Plaintiff was an hourly non-exempt employee (hereinafter referred to as "Overtime Claim"), and the second for a period of time during which Plaintiff was a manager of Eckerd, the allegation being that she was misclassified as an exempt employee (hereinafter referred to as "Exemption Claim").

The Court granted the Motion for Summary Judgment on the Exemption Claim and denied the Motion on the Overtime Claim. The parties have agreed to resolve their differences and, as part of their resolution, have agreed that the Overtime Claim is to be dismissed with prejudice, the parties to bear their own costs, and Separate and Final Judgment is to enter in Eckerd's favor with respect to the Exemption Claim, with the parties waiving all rights of appeal.

WHEREFORE, the parties jointly move for the entry of Separate and Final Judgment in favor of Eckerd on the Exemption Claim and in accordance with this Court's ruling on Eckerd's Motion for Summary Judgment, with the parties waiving all rights of appeal, and ask that the Overtime Claim be dismissed, with prejudice, the parties to bear their own costs.

Respectfully submitted,

VERONICA JACKSON

By Her Attorney,

_____
W. Douglas Adams (GA Bar No. 004650)
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857

DATED: November __, 2007.

951985_1/4425-108

Respectfully submitted,

ECKERD CORPORATION

By Its Attorneys,

OLIVER MANER & GRAY LLP

_____
Christopher L. Ray (GA Bar No. 596078)
Connell Youmans (GA Bar No. 141208)
218 West State St., Savannah, GA 31412
(912) 236-3311/(912) 236-8725 (FAX)

PRO HAC VICE COUNSEL

Michael A. Gamboli (RI Bar No. 4684)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| VERONICA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. CV206-194 |
| JEAN COUTU GROUP (PJC) USA, | ) | |
| INC. d/b/a ECKERD'S CORP. | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all interested parties with the forgoing pleading by depositing a copy of same in envelopes with sufficient first class postage affixed thereon to ensure delivery, addressed as follows:

W. Douglas Adams, Esq.
1829 Norwich Street
Brunswick, GA 31521-0857

This 29 day of November, 2007.

OLIVER MANER & GRAY LLP

_____
CONNELL C. YOUMANS
Georgia Bar No. 141208

218 West State Street
Post Office Box 1018
Savannah, Georgia 31412
(912) 236-3311 - phone
(912) 236-8725 - fax

Attorney for Defendants